UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:

**LYNDA ONYENEHO,** individually and on behalf of all others similarly situated,

    Plaintiff,

v.

**LB ENTERTAINMENT LLC**, a Florida limited liability company d/b/a PinUps of Palm Bay, and
**TIMOTHY BLAKESLEE**, individually,

    Defendants.

## COMPLAINT

COMES NOW, the Plaintiff, LYNDA ONYENEHO, individually and on behalf of those similarly situated (hereinafter as "Plaintiff") by and through the undersigned counsel, hereby brings this action against Defendants, LB ENTERTAINMENT LLC D/B/A PINUPS OF PALM BAY (hereinafter referred to as "LB ENTERTAINMENT"), and TIMOTHY BLAKESLEE, individually (collectively as "Defendants"), for violations under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) (hereinafter as "FLSA"). Plaintiff seeks unpaid wages, liquidated damages, and reasonable attorney's fee and costs from Defendants. Plaintiff also requests the Court to authorize concurrent notice to all persons who were formerly employed by Defendants or who were so employed during the Liability Period, informing them of the pendency of this action and their right to opt into this lawsuit pursuant to the FLSA, 29 U.S.C. § 216(b).

## JURISDICTION

1. This action arises under the Fair Labor Standards Act, 29 U.S.C. § 201, *et. seq.* The Court has jurisdiction over this claim pursuant to 29 U.S.C. § 216(b), and 28 U.S.C. §1331 and 1337.

## VENUE

2. Venue is proper in the United States District Court for the Middle District of Florida as the unlawful practices alleged herein took place in Brevard County, Florida, and the Defendant is a Florida corporation who transacts business in Brevard County, Florida, and the transaction that is the basis of Plaintiff's Complaint occurred within the District and venue, therefore, properly lies in this Court.

## PARTIES

3. Plaintiff, LYNDA ONYENEHO, is an individual residing in the County of Miami-Dade County, State of Florida. Plaintiff became employed and hired by Defendants on or about January 7, 2021 and worked for Defendant as an "Exotic Dancer", until approximately October 15, 2021.

4. At all times material, Plaintiff was an employee of Defendants within the meaning of the FLSA.

5. The Defendant, LB ENTERTAINMENT, is a Florida limited liability company formed and existing under the laws of the State of Florida and at all times during Plaintiff's employment, Defendants was an employer as defined by 29 U.S.C. §203(d).

6. Plaintiff was an employee of Defendants and at all time relevant to the violations of the FLSA were engaged in commerce as defined by 29 U.S.C. §§206(a) and 207(a)(1).

7. Throughout Plaintiff's employment with Defendants, Defendant LB ENTERTAINMENT was an enterprise engaged in commerce or in the production of goods for commerce as defined by 29 U.S.C. §203(r) and 203(s).

8. At all times material, Defendants employed employees who regularly were and are engaged in commerce or the production of goods for commerce, with Defendants having annual gross volume of sales or business done of not less than $500,000 within the meaning of Sections 203(r) and (s) of the FLSA.

9. At all times material, Plaintiff regularly was engaged in commerce or the production of goods for commerce.

10. Upon information and belief, the records, to the extent any exist, concerning the number of hours worked and amounts paid to Plaintiffs, are in the possession and custody of Defendants.

11. The additional persons who may become Plaintiffs in this action are non-exempt employees of Defendants who worked on or after June 2, 2020, and who did not receive the required minimum wages.

12. At all times pertinent to this Complaint, Defendants failed to comply with Title 29 U.S.C. § 201-209, in that Plaintiff and those similarly situated to Plaintiff performed services for Defendants for which no provision were made by the Defendants to properly pay Plaintiffs for hours worked.

## COUNT I
## FEDERAL MINIMUM WAGE

13. Plaintiff, LYNDA ONYENEHO, realleges and incorporates herein the allegations contained in paragraphs 1-12.

14. The Defendants willfully violated Section 6 and Section 15 of the Fair Labor Standards Act by failing to compensate the Plaintiff at a rate equal to the federal minimum wage requirement for work performed while employed by Defendants.

WHEREFORE, Plaintiff, LYNDA ONYEHENO, demands judgment against the Defendants, jointly and severally, for the following:

(a) Unpaid minimum wages found to be due and owing;

(b) An additional amount equal to the minimum overtime wages found to be due and owing as liquidated damages;

(c) Prejudgment interest in the event liquidated damages are not awarded;

(d) A reasonable attorney's fee and costs; and

(e) Such other relief as the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

15. Plaintiff demands a jury trial on all issues so triable.

DATED:  June 1, 2022

        MILITZOK LAW, P.A.
        *Attorneys for Plaintiff*
        8958 W. State Road 84, #1036
        Fort Lauderdale, FL 33324
        (954) 780-8228 - Telephone
        (954) 791-4456– Facsimile
        bjm@militzoklaw.com

        By: /s/ Brian Militzok
        BRIAN J. MILITZOK, ESQ
        Fla. Bar No.: 0069993